CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

December 15, 2015

Honorable Robert Burns
Presiding Judge
Criminal District Court
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-38
Dallas, TX 75207

 Re:  **STATUS INQUIRY**
    05-15-00895/00896-CR, James Ashby v. The State of Texas

Dear Judge Burns:

On October 27, 2015, this Court ordered the trial court to make findings regarding why the reporter's record has not been filed. To date, we have not received the findings or the reporter's record. Therefore, please notify us of the status of the findings within **TEN DAYS** of the date of this letter. We appreciate your attention to this matter.

Sincerely,

/s/    Lisa Matz, Clerk

cc:    Lawrence Mitchell
       Lori Ordiway

ltr:mrh